No. 02-1415. GRAND AERIE, FRATERNAL ORDER OF EAGLES v. TENINO AERIE NO. 564, FRATERNAL ORDER OF EAGLES, ET AL.

1058

Sup. Ct. Wash. Certiorari denied. 